# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

_____

WILLIE D. GRIFFIN,

        Plaintiff,

    v.                                         Case No. 07-C-1118

CIRCUIT COURT CRIMINAL DIVISION,
L.E. PIERCE, P.T. McDERMOTT, D.L. SHELTON,
A.F. BROWN, and J.E. JOHNSON,

        Defendants.

_____

## ORDER

On December 17, 2007, *pro se* plaintiff Willie D. Griffin filed a complaint pursuant to 42 U.S.C. § 1983, alleging that the defendants violated his civil rights by falsely imprisoning him.  The plaintiff has filed a request for leave to proceed *in forma pauperis*.

The federal *in forma pauperis* statute, 28 U.S.C. § 1915, is designed to ensure indigent litigants meaningful access to the federal courts.  *Neitzke v. Williams*, 490 U.S. 319, 327 (1989).  To authorize a litigant to proceed *in forma pauperis*, the court must first determine that the litigant is unable to pay the costs of commencing the action.  28 U.S.C. § 1915(a).  Second, the court must determine that the action is neither frivolous nor malicious, does not fail to state a claim, and does not seek money damages against a defendant immune from such relief.  28 U.S.C. § 1915(e)(2).  In making the latter determination, the court must give a *pro se* plaintiff's allegations, "however inartfully pleaded," a liberal construction.  *Haines v. Kerner*, 404 U.S. 519, 520 (1972).

The plaintiff has not shown that he is unable to pay the filing fee. The plaintiff indicates that he receives a total monthly income of $1,968 and that his total monthly expenses are $1,356. The plaintiff has not shown that he is unable to pay the filing fee in this action. Moreover, the court has denied motions for leave to proceed *in forma pauperis* with respect to other litigants who earn much less than the plaintiff. (*See, e.g., DuBose v. City of Milwaukee*, Case No. 07cv0692, Aug. 6, 2007.) The court will deny Griffin's motion for leave to proceed *in forma pauperis.* The court will dismiss this action without prejudice if the plaintiff fails to pay the filing fee within twenty (20) days from the date of this order.

Accordingly,

**IT IS ORDERED** that the plaintiff's motion for leave to proceed *in forma pauperis* be and the same is hereby **DENIED**; the plaintiff shall pay the filing fee within twenty (20) days from the date of this order.

Dated at Milwaukee, Wisconsin, this 16th day of January, 2008.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge